

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-18-00128-CV

**Verdant Ventures LP; Acres Homes Realty Corp. and The Real Property known as 8503 North Freeway, Houston, Texas 77037**

**v.**

**The City of Houston, et al.**

NO. 2016-17739 IN THE 61ST DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| FILING | $175.00 | 03/15/2018 | E-PAID | ANT |
| STATEWIDE EFILING | $30.00 | 03/15/2018 | E-PAID | ANT |
| SUPP CLK RECORD | $7.00 | 03/14/2018 | PAID | ANT |
| MT FEE | $10.00 | 03/05/2018 | E-PAID | ANT |
| RPT RECORD | $406.12 | 02/26/2018 | PAID | ANT |
| CLK RECORD | $115.00 | 02/23/2018 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $743.12.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this 25th day of May, 2018.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**